**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.:  6:12-bk-03266-ABB

In Re:

Regine T. St. Hilaire,

　　　Debtor(s).
_____/

**<u>MOTION FOR ORDER CONFIRMING TERMINATION OF STAY</u>**
**<u>OR THAT NO STAY IS IN EFFECT</u>**

ORLANDO FEDERAL CREDIT UNION ("Creditor"), by and through its undersigned attorneys,

moves the Court for on Order Confirming Termination of Stay or That No Stay Is In Effect and in

support, ORLANDO FEDERAL CREDIT UNION states as follows:

1.　　That Debtor filed a Chapter 7 petition in bankruptcy in the United States Bankruptcy

Court for the Middle District of Florida on March 14, 2012.

2.　　One or more single or joint bankruptcy cases filed by or against this Debtor were pending

within the year preceding the petition date in this case. These cases and the reasons for dismissal are:

| | | |
|---|---|---|
| a. | Case Name: | In Re:   Regine T. St. Hilaire |
| | Case Number: | 6:11-bk-17307-ABB |
| | Date Filed: | November 17, 2011 |
| | Date Dismissed: | December 7, 2011 |
| | Reason Dismissed: | Failing to comply with the Court Order |
| | | |
| b. | Case Name: | In Re:   Regine T. St. Hilaire |
| | Case Number: | 6:12-bk-00840-ABB |
| | Date Filed: | January 23, 2012 |
| | Date Dismissed: | February 15, 202 |
| | Reason Dismissed: | Failing to comply with the Court Order |

3.　　Under 11 U.S.C. § 362(c)(4)(A)(ii), two or more single or joint cases filed by or against

the debtor were pending but dismissed within the year ending on the petition date in this case which

neither of the dismissed cases were cases refiled under a chapter other than Chapter 7 after dismissal

under 11 U.S.C.§ 707(b);

1

4.      An order under 11 U.S.C. § 362(c)(4)(A)(ii) confirming that no stay is in effect is necessary and appropriate because the filings are in bad faith in that as follows:

      a.      Creditor holds the note and mortgage secured by real property owned by DAVID HILAIRE and REGINE T.  ST. HILAIRE aka REGINE ST. HILAIRE.

      b.      DAVID ST. HILAIRE filed a Chapter 7 Bankruptcy, Case No.:  6:10bk-11310-ABB on June 28, 2010 and subsequently an Order Granting Relief from Stay in favor of Creditor was entered on August 31, 2010.

      c.      Creditor filed its foreclosure action on October 11, 2010.  A Final Judgment was entered in this cause on August 17, 2011, and subsequently a Sale date was scheduled for November 17, 2011.

      d.      On the Sale date, REGINE T.  ST. HILAIRE aka REGINE ST. HILAIRE, filed a Chapter 7 Bankruptcy, which was dismissed on December 7, 2011.

      e.      The Sale was rescheduled for January 24, 2012, and on January 23, 2012 the day before the sale, Debtor, REGINE T.  ST. HILAIRE aka REGINE ST. HILAIRE, filed a   Chapter 7 Bankruptcy which was dismissed on February 15, 2012.

      f.      The Sale was rescheduled again for April 5, 2012 and on March 15, 2012, Debtor, REGINE T. ST.HILAIRE aka REGINE ST. HILAIRE filed this instant Chapter 7 Bankruptcy filing.

      g.      The Sale took place despite the bankruptcy filing because there was no stay under 11 U.S.C. § 362(c)(4)(A)(i).

5.      A copy of Movants most recent motion to reset the current sale, which set forth an outline of the events described herein, is attached hereto as Exhibit "A", and a copy of the State Courts order resetting the sale is attached hereto as Exhibit "B".

WHEREFORE, Movant prays that this Court issue an Order Confirming under 11 U.S.C. § 362(c)(4)(A)(ii) that no stay is in effect.

I HEREBY CERTIFY that on this 1st day of May, 2012, a copy of the foregoing has been served either by electronic transmission or by United States First Class Mail postage prepaid to the following:

Regine St. Hilaire, Pro Se, 249 Winding Cove Avenue, Apopka, FL   32703
Leigh R. Meininger, Trustee, P.O. Box 1946, Orlando, FL   32802-1946
United States Trustee - ORL7, 135 W Central Blvd., Suite 620, Orlando, FL 32801

**/s/ TARA C. EARLY, ESQUIRE**
TARA C. EARLY, ESQUIRE
Florida Bar #0173355
Stanton & Gasdick, P.A.
390 N. Orange Avenue, #260
Orlando, FL 32801
P(407) 423-5203/F(407)425-4105
Attorney for OFCU